**FILED**

AUG - 1 2013

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GUY WEEKS,                    )
                             )
            Plaintiff,        )
                             )
      v.                      )        Civil Action No.
                             )
WASHINGTON DC POLICE,         )        13-1185
                             )
            Defendant.        )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, plaintiff's pleading fails to accomplish even these minimal goals.

Plaintiff alleges that "DC police on two occasions arrested [him] in the 900 block of Connecticut Ave NW for no reason other than discrimination violating [his] constitutional[,] civil and other rights." Compl. at 1. For these and other alleged harms, plaintiff demands monetary damages, yet he fails to set forth sufficient factual allegations showing that he is entitled to relief. Nor does he include a short and plain statement of the grounds upon which the Court's jurisdiction depends.

The complaint does not comply with Rule 8(a) and, accordingly, it will be dismissed. An Order is issued separately.

_____
United States District Judge

DATE: 1/29/13

2